IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RENEE A. REESE**                                                                                              **PLAINTIFF**

**v.**                                      **Case No. 2:16-cv-00046 KGB**

**CORRECT CARE SOLUTIONS, LLC**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered January 19. 2018, and subject to the terms set forth in that Order, it is considered, ordered, and adjudged that plaintiff Renee A. Reese's claims against defendant Correct Care Solutions, LLC are dismissed without prejudice (Dkt. No. 5).

So adjudged this the 31st day of January, 2018.

_____
Kristine G. Baker
United States District Judge